ATTACHMENT IV

## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 § 341 MEETING
### DATE 09/02/2022

IN RE: C-4 CONSTRUCTION, LLC                    CASE NO. 22-11944-JDW

APPEARANCES:

(X) DEBTOR 1                                    ( ) DEBTOR 2 (Spouse in Joint Cases)
  (X) Required picture I.D. produced              ( ) Required Picture I.D. produced
  (X) Required SSN verification produced          ( ) Required SSN verification produced
  ( ) Pay advices receive                         ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed

Tax returns received for _____ (years) on _____

Financial Documents were ( ) retained by trustee   ( ) returned to debtor(s)

( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): _Craig Geno_
( ) DEBTOR(S) APPEARED PRO SE

   YES ( )   NO ( )   If Pro Se, did anyone assist with preparation?
   YES ( )   NO ( )   If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:

   ( ) HELD
   ( ) NOT HELD
   (X) NOT CONCLUDED AND IS CONTINUED TO THE _7_
   DAY OF _October_ 20 _22_ AT _11:30_ O'CLOCK _A_ M.

YES( ) NO( ) Attorney for debtor filed statement of compensation pursuant to 11 U.S.C§329.
CREDITOR(s) _Eileen Schaffer · Cisco Equipment Rentals_
_David Houston · Holleman Inc._

DEBTOR(s) REQUIRED TO:

(X) AMEND Schedules and Statements within _____ days of 341 (a) Meeting.
(X) OTHER: _trustee needs C-4 tax returns_

In accordance with Rule 6007, FRNP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____

DATED: _3 Sept 2022_      TRUSTEE _[signature]_
Track # _34_ _____ or Tape # _____ Side _____ Counter Start # _____